JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES CLARK,<br><br>              Petitioner,<br><br>   v.<br><br>GLEN E. PRATT,[1]<br><br>             Respondent. | Case No. 2:22-cv-02132-FWS-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, grounds one and two in the Petition are dismissed with prejudice, and ground three in the Petition is dismissed without prejudice.

DATED: June 10, 2022

_____
FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE

---

[1] Glen E. Pratt is the warden of the California Rehabilitation Center, where Petitioner is housed, and is substituted in under Federal Rule of Civil Procedure 25(d) as the proper Respondent.